UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __22-3765__

Case Title: __Kevin D. Hardwick__ vs. __3M Company, et al.__

List all clients you represent in this appeal:

**Kevin D. Hardwick**

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee      ☐ Respondent     ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Aaron M. Herzig__     Signature: s/ __Aaron M. Herzig__

Firm Name: __Taft Stettinius & Hollister LLP__

Business Address: __425 Walnut Street, Suite 1800__

City/State/Zip: __Cincinnati, OH 45250__

Telephone Number (Area Code): __(513) 381-2838__

Email Address: __aherzig@taftlaw.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.