**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 12, 2023

| | |
|---|---|
| Mr. Paul D. Clement<br>Clement & Murphy<br>706 Duke Street<br>Alexandria, VA 22314 | Mr. Aaron M. Herzig<br>Taft, Stettinius & Hollister<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202 |

Re: Case No. 22-3765, *Kevin Hardwick v. 3M Company, et al*
    Modification of Allotted Argument Time

Dear Counsel:

Please be advised that the time allotted for oral argument in the above-referenced case has been modified from 15 minutes per side to **30 minutes per side**.

Please contact me directly should you have any questions or concerns.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc:
| | |
|---|---|
| Mr. Kamran Benjamin Ahmadian | Mr. James Armand King |
| Mr. D. Matthew Allen | Mr. Lanny S. Kurzweil |
| Mr. Robert Alan Bilott | Mr. Val Leppert |
| Mr. William Earle Braff | Ms. Bethany Gayle Lukitsch |
| Mr. Matthew S. Brown | Mr. Jonathan Nathaniel Olivito |
| Mr. Jeffrey S. Bucholtz | Mr. Shawn Joseph Organ |
| Ms. Andrea Butler | Ms. Crystal Lohmann Parker |
| Mr. David John Butler | Mr. Andrew John Pincus |
| Mr. Louis A. Chaiten | Mr. Charles Edward Raynal IV |
| Mr. Scott A. Chesin | Mr. Daniel L. Ring |
| Ms. Aleacia Chinkhota | Ms. Nicole A. Saharsky |
| Mr. Erik J. Clark | Mr. James Robert Saywell |
| Mr. Jeffrey A. Cohen | Mr. Richard Donovan Schuster |
| Mr. Peter C. Condron | Mr. Michael A. Scodro |
| Mr. Kyle Cutts | Ms. Barbara Smith |
| Ms. Melanie Black Dubis | Mr. Daniel A. Spira |
| Mr. Nathaniel Garrett Foell | Mr. Matthew D. Thurlow |
| Mr. Theodore M. Grossman | Mr. Daniel J. Toal |
| Mr. Kristofor T. Henning | Mr. Brian A Troyer |
| Mr. Samuel Edward Hofmeier | Mr. Theodore V. Wells Jr. |
| Ms. Jaren Janghorbani | Mr. Joshua D. Yount |