## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 12, 2023

Mr. Scott A. Chesin
Mr. Peter C. Condron
Mr. Theodore M. Grossman
Ms. Jaren Janghorbani
Mr. James Armand King
Mr. Shawn Joseph Organ
Mr. Andrew John Pincus
Mr. Charles Edward Raynal IV

Re: Case No. 22-3765, *Kevin Hardwick v. 3M Company, et al*
    Originating Case No.: 2:18-cv-01185

Dear Counsel,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed not later than the close of business on Tuesday, **December 26, 2023**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Kamran Benjamin Ahmadian
    Mr. D. Matthew Allen
    Mr. Robert Alan Bilott

Mr. William Earle Braff
Mr. Matthew S. Brown
Mr. Jeffrey S. Bucholtz
Ms. Andrea Butler
Mr. David John Butler
Mr. Louis A. Chaiten
Ms. Aleacia Chinkhota
Mr. Erik J. Clark
Mr. Paul D. Clement
Mr. Jeffrey A. Cohen
Mr. Kyle T. Cutts
Ms. Melanie Black Dubis
Mr. Nathaniel Garrett Foell
Mr. Kristofor T. Henning
Mr. Aaron M. Herzig
Mr. Samuel Edward Hofmeier
Mr. Lanny S. Kurzweil
Mr. Val Leppert
Ms. Bethany Gayle Lukitsch
Mr. Jonathan Nathaniel Olivito
Ms. Crystal Lohmann Parker
Mr. Daniel L. Ring
Ms. Nicole A. Saharsky
Mr. James Robert Saywell
Mr. Richard Donovan Schuster
Mr. Michael A. Scodro
Ms. Barbara Smith
Mr. Daniel A. Spira
Mr. Matthew D. Thurlow
Mr. Daniel J. Toal
Mr. Brian A Troyer
Mr. Theodore V. Wells Jr.
Mr. Joshua D. Yount